IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PTRICK BANNING

No. 19-10450 ELF
CHAPTER 13

PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM CO-DEBTOR STAY DOC. 35

To the Clerk:

Please mark the above motion as withdrawn.

GERSHMAN LAW OFFICES PC

_____
Howard Gershman
610 York Road, Ste. 200
Jenkintown, PA 19046